In the Matter of the Claim of HERMAN WEED, Respondent, against PEKIN STONE PRODUCTS Co. et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ., concur. [See 272 App. Div. 1082.]